WATERBURY TEACHERS ASSOCIATION *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 12629) is granted, limited to the following issue:

"Was the trial court's denial of the plaintiff's motion for a stay of the defendant Freedom of Information Commission's decision a final judgment for purposes of appeal to the Appellate Court?"

The Supreme Court docket number is SC 14860.

*William J. Dolan,* in support of the petition.

*Pamela D. Seimon,* in opposition.

Decided November 4, 1993

DOMENIC MONTE *v.* CITY OF WATERBURY ET AL.

The petition of the defendants city of Waterbury, Nicholas Guerriero and Joseph Rosa for certification for appeal from the Appellate Court (AC 12325) is denied.

*Cheryl E. Hricko,* assistant to corporation counsel, in support of the petition.

*Charles J. Goddard,* in opposition.

Decided November 4, 1993